UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mr. & Mrs. O., on Their Own Behalf | : | CIVIL ACTION No: |
| and as NEXT FRIENDS of J.O., | : | 3:23-cv-00368 (VAB) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GLASTONBURY BOARD OF EDUCATION | : | |
| Defendant. | : | April 14, 2023 |

## MOTION TO SEAL ADMINISTRATIVE RECORD FROM PUBLIC INSPECTION

The Plaintiffs move this Court to seal from public inspection the Connecticut State Department of Education Administrative Record in this action. Due to the sensitive nature of this case and privacy interests at stake, clear and compelling reasons exist to seal the Administrative Record.

This cause of action involves the special education claims of J.O., a young boy with significant disabilities. The Administrative Record contains educational and medical information of a highly sensitive and personal nature that is protected from disclosure by 20 U.S.C. § 1232g et seq., 34 C.F.R. § 99.7(a)(2), and 34 C.F.R. § 300.560 et seq.

Moreover, given the sensitive nature of this litigation, failure to seal the Administrative Record could pose a risk of retaliatory physical or mental harm to J.O. who is in a vulnerable

position by nature of his disabilities. Additionally, J.O.'s identity has thus far been kept confidential throughout the litigation process, and neither the opposing party nor the public at large will be prejudiced by granting the requested relief.

Accordingly, the Plaintiffs respectfully request that this Court seal the Administrative Record from public inspection.

PLAINTIFFS,

By:  /s/ Courtney P. Spencer

Attorney Courtney P. Spencer
The Law Office of Courtney P. Spencer, LLC
100 Riverview Center, Suite 120
Middletown, CT 06457
Email: courtney@courtneyspencerlaw.com
Phone: (860) 430-5380
Fax: (860) 430-5382
Federal Bar No. 22288

## CERTIFICATE OF SERVICE

This is to certify that on April 14, 2023 a copy of the foregoing Motion to Seal the Administrative Record was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Courtney P. Spencer